UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RHAWN JOSEPH,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No. 19-cv-01294-LHK (VKD)<br><br>**INTERIM ORDER RE PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS**<br><br>Re: Dkt. No. 55 |

On October 11, 2019, plaintiff filed a motion to compel depositions and discovery. Dkt. No. 55. Ordinarily, this Court entertains discovery disputes via a jointly submitted letter brief, rather than by noticed motion. *See* https://cand.uscourts.gov/filelibrary/3438/Standing-Order-for-Civil-Cases-January-2019.pdf. Plaintiff's motion does not comply with the undersigned's discovery dispute resolution procedures. In the future, and absent leave of court to do otherwise, plaintiff must comply with those procedures before bringing a discovery dispute before the Court.

However, for the presently pending motion, the Court will require defendants to submit their response to plaintiff's motion by October 22, 2019. That response shall be no more than 1500 words, in compliance with the Standing Order for Civil Cases. Absent leave of court, no reply will be permitted. Unless otherwise ordered, the matter will be deemed submitted on the papers without oral argument.

**IT IS SO ORDERED.**

Dated: October 15, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge