UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RHAWN JOSEPH,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No.  19-cv-01294-RMI<br><br>**ORDER ON JOINT STIPULATION**<br>Re: Dkt. Nos. 152, 153 |

The Parties filed a Joint Stipulation (dkt. 152) on November 15, 2022, requesting that the court continue Plaintiff's deposition, extend the deadline for the filing of Defendants' dispositive motion, and continue the dispositive motions hearing date—in light of a possible settlement. On November 16, 2022, Plaintiff filed a letter (dkt. 153) which suggests that a settlement may have been reached, but not ultimately finalized. Plaintiff's letter does, however, agree to complete his deposition at a later date. *Id.* As such, the only thing which appears clear is that the Parties are in agreement that additional time is needed for the completion of Plaintiff's deposition. The court, therefore, **ORDERS** that the deadline for completing Plaintiff's deposition is extended to December 6, 2022. The court expects the Parties to work out an appropriate date.

In light of the possibility of a joint resolution of this matter, the court **ORDERS** that the deadline for the filing of Defendants' dispositive motion is extended to January 15, 2023. The court will reset the hearing on the dispositive motions following the completion of the Parties' briefings.

The Parties are hereby reminded that this matter was previously referred to Judge Nathanael Cousins for settlement (dkt. 100). If the Parties are in need of assistance from Judge

Cousins for the purposes of effectuating a settlement, they should contact his chambers.

**IT IS SO ORDERED.**

Dated: November 18, 2022

ROBERT M. ILLMAN
United States Magistrate Judge